ARNOLDO CASILLAS, ESQ., SBN 158519
LEONEL MOJICA, ESQ. SBN 273732
Casillas & Associates
3777 Long Beach Blvd., Third Floor
Long Beach, CA 90807
Telephone: (562) 203-3030
Facsimile: (323) 725-0350
Email: acasillas@casillaslegal.com

Attorneys for plaintiffs Estate of Juan Luis Olvera, by and
through successor in interest Silvia Moya Olvera; Silvia
Moya Olvera; Luis Alberto Olvera; Juan Junior Olvera;
Zuleima Olvera; and Jorge Alberto Olvera, an incompetent
adult, by and through guardian ad litem, Juan Junior Olvera

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Estate of Juan Luis Olvera, by and through successor in interest Silvia Moya Olvera; Silvia Moya Olvera; Luis Alberto Olvera; Juan Junior Olvera; Zuleima Olvera; and Jorge Alberto Olvera, an incompetent adult, by and through guardian ad litem, Juan Junior Olvera, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Guadalupe, City of Guadalupe Police Department, Miguel Jaimes and DOES 1 to 10, <br><br> Defendants. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CASE NO: 22-cv-00998-FMO-AS** <br> *[Assigned to Hon. Fernando M. Olguin, Courtroom 6D]* <br><br> **DECLARATION OF ARNOLDO CASILLAS IN RESPONSE TO ORDER TO SHOW CASE RE LACK OF PROSECUTION** <br><br> **Date:  May 16, 2022** |

///

**DECLARATION OF ARNOLDO CASILLAS IN RESPONSE TO ORDER TO SHOW CAUSE
RE LACK OF PROSECUTION**

## DECLARATION OF ARNOLDO CASILLAS

I, ARNOLDO CASILLAS, declare as follows:

1. I am an attorney duly licensed to practice before all the courts in the State of California.  I am the principle attorney with the firm of Casillas & Associates, attorneys of record for Plaintiffs Estate of Juan Luis Olvera, by and through successor in interest Silvia Moya Olvera; Silvia Moya Olvera; Luis Alberto Olvera; Juan Junior Olvera; Zuleima Olvera; and Jorge Alberto Olvera, an incompetent adult, by and through guardian ad litem, Juan Junior Olvera.  I have personal knowledge of the facts contained herein and if necessary, could and would testify thereto.

2. Plaintiffs filed their complaint on or about February 14, 2022, but delayed serving the complaint because the parties were in discussions to participate in an early mediation.

3. The parties, early this year,  agreed on a private mediator and had anticipated scheduling a mediation to occur shortly after the release in late March of the California Department of Justice's investigative report into the shooting that killed Plaintiffs' decedent Juan Luis Olvera.

4. Unfortunately, the Department of Justice did not release their report in late March and your declarant has been informed by the City Attorney for the City of Guadalupe that the DOJ does not expect to release the report for several more months.  As such, the parties have not yet scheduled a mediation.

5. As such, Plaintiffs have moved forward with service of the complaint.  Both Defendants City of Guadalupe and City of Guadalupe Police Department have been served with the complaint and proofs of service filed.  Their response is due on or before May 23, 2022.  Further, counsel for the Defendants, Steven J. Rothans, agreed to accept service via a waiver for Defendant Miguel Jaimes.  Mr. Rothans returned the signed waiver and said waiver has been filed with the Court.  Defendant Miguel Jaimes' response to the complaint is due on or before July 5, 2022.

DECLARATION OF ARNOLDO CASILLAS IN RESPONSE TO ORDER TO SHOW CAUSE
RE LACK OF PROSECUTION

6. Despite the delay in the release of the Department of Justice report proceeding with service of the summons and complaint, the parties remain willing to participate in an early mediation.

7. Your declarant and counsel for defendants have worked together in the past and have a good working relationship.  Communication remains open and the parties anticipate working towards early mediation.

8. Based on the foregoing, your declarant respectfully requests the Court vacate the Order to Show Cause re Lack of Prosecution.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of May 2022, in Long Beach, California.

By:  /s/   Arnoldo Casillas
ARNOLDO CASILLAS

**DECLARATION OF ARNOLDO CASILLAS IN RESPONSE TO ORDER TO SHOW CAUSE
RE LACK OF PROSECUTION**