ARNOLDO CASILLAS – State Bar No. 158519
CASILLAS & ASSOCIATES
2801 E. Spring Street, Suite 200
Long Beach, CA 90806
(562) 203-3030
acasillas@casillaslegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Juan Luis Olvera, by and through successor in interest Silvia Moya Olvera; Silvia Moya Olvera; Luis Alberto Olvera; Juan Junior Olvera; Zuleima Olvera; and Jorge Alberto Olvera, an incompetent adult, by and through guardian ad litem, Juan Junior Olvera,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>City of Guadalupe, City of Guadalupe Police Department, Miguel Jaimes and DOES 1 to 10,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00998-FMO-AS<br>*(Assigned to Hon. Fernando M. Olguin)*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION FOLLOWING PRIVATE MEDIATION** |

TO THE CLERK OF THE COURT:

COME NOW Plaintiffs Estate of Juan Luis Olvera, by and through successor in interest Silvia Moya Olvera; Silvia Moya Olvera, Luis Alberto Olvera; Juan Junior Olvera; Zuleima Olvera; and Jorge Alberto Olvera, an incompetent adult, by and through guardian ad litem, Juan Junior Olvera and hereby give notice of settlement of the above action in its entirety as to all Defendants and all causes of action.  Plaintiffs and Defendants participated in a private mediation with mediator Scott Radovich on March 16, 2023, and reached an agreement in settlement of the present matter.  The settlement is conditioned

1  upon approval by the California Joint Powers Insurance Authority. The settlement
2  will appear on this entity's next executive meeting.
3      Plaintiffs will submit a petition to compromise the settlement on behalf of
4  Jorge Alberto Olvera, an incompetent adult and request the Court retain
5  jurisdiction to hear said petition. Plaintiffs anticipate submitting said petition for
6  consideration as soon as possible once all necessary arrangements have been
7  finalized.

9  DATED: March 17, 2023          CASILLAS & ASSOCIATES

11                  By:    /s/ Arnoldo Casillas
12                         Arnoldo Casillas, Esq.
                           Attorneys for Plaintiffs Estate of Juan Luis
                           Olvera, by and through successor in interest
                           Silvia Moya Olvera; Silvia Moya Olvera;
                           Luis Alberto Olvera; Juan Junior
                           Olvera; Zuleima Olvera; and Jorge
                           Alberto Olvera, an incompetent adult,
                           by and through guardian ad litem, Juan
                           Junior Olvera

-2-

NOTICE OF SETTLEMENT OF ENTIRE ACTION FOLLOWING PRIVATE MEDIATION