JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Juan Luis Olvera Preciado, by and through successor in interest Silvia Moya Olvera; Silvia Moya Olvera; Luis Alberto Olvera; Juan Junior Olvera; Zuleima Olvera; and, Jorge Alberto Olvera, an incompetent adult, by and through guardian ad litem, Juan Junior Olvera,<br><br>Plaintiffs,<br><br>v.<br><br>City of Guadalupe, City of Guadalupe Police Department, Miguel Jaimes and DOES 1 to 10,<br><br>Defendants. | CASE NO: 2:22-cv-00998-FMO-AS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>*[Assigned to Hon. Fernando M. Olquin, Courtroom 6D]* |

/ / /

/ / /

/ / /

1

# ORDER

The Court, having received and reviewed the stipulation of the parties requesting the dismissal of the present action as well as the related orders related to the settlement of the matter on behalf of Jorge Olvera, an incompetent adult, hereby orders as follows:

1. the parties are to comply with the Court's orders set forth in the Revised Order Approving Petition to Compromise Claim on Behalf of Jorge Alberto Olvera, an Incompetent Adult and the Order Granting Motion to Create and Fund Special Needs Trust.

2. all claims by the plaintiffs against defendants City of Guadalupe and Officer Miguel Jaimes in their entirety, as well as DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit are hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of August, 2023.

_____/s/_____
HON. Fernando M. Olguin
United States District Judge
Central District of California